IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LISA L. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-19-01047-P |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner denying her application for disability insurance benefits. On May 27, 2020, U.S. Magistrate Judge Gary M. Purcell issued a Report and Recommendation recommending plaintiff's Amended and Unopposed Motion to Transfer Venue Under 28 U.S.C. §§ 1404, 1406 be granted, this action be transferred to the United States District Court for the Eastern District of Oklahoma, and plaintiff's initial motion to transfer venue be denied as moot. The parties were advised of their right to object to the Report and Recommendation by June 16, 2020.

The parties did not object to the Report and Recommendation. Therefore, they have waived their right to appellate review of the factual and legal issues it addressed. *See* Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** Magistrate Judge Purcell's Report and Recommendation [Doc. #13], **GRANTS** plaintiff's Amended and Unopposed Motion to Transfer Venue Under 28 U.S.C. §§ 1404, 1406 [Doc. #12], **DENIES** plaintiff's initial motion to transfer [Doc. #11] as **MOOT**, and

**TRANSFERS** this action to the United States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE